# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5116**                          **September Term, 2025**

**1:25-cv-00633-TNM**

**Filed On:** September 17, 2025

Shona S. Pendse,

        Appellant

    v.

Commissioner of Internal Revenue and
United States of America,

        Appellees

------------------------------

Consolidated with 25-5117

     **BEFORE:**   Walker, Childs, and Pan, Circuit Judges

## O R D E R

     Upon consideration of the motion to proceed in forma pauperis; the motion for summary reversal, the opposition thereto, and the reply; the motion to expedite, the opposition thereto, and the reply; the motion for summary affirmance; the court's July 7, 2025, order dismissing the case for lack of prosecution; and the unopposed motion for reconsideration of that order and the opposition to the motion for summary affirmance, it is

     **ORDERED** that the motion for reconsideration be granted and that this appeal be reinstated.  It is

     **FURTHER ORDERED** that the motion to proceed in forma pauperis be denied. Appellant has failed to demonstrate an inability to pay the filing and docketing fee for this appeal.  See 28 U.S.C. § 1915(a)(1); see also Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948) (observing that a party need not be "absolutely destitute" to proceed in forma pauperis but must still demonstrate an inability to simultaneously pay the required fee and provide for the "necessities of life").  It is

     **FURTHER ORDERED** that, if appellant wishes to proceed with this appeal, appellant pay the $605 filing and docketing fee to the Clerk of the District Court within

30 days of the date of this order, or this appeal may be dismissed.  <u>See</u> D.C. Cir. Rule 38.  If appellant elects not to proceed, the appeal will be dismissed, and no fees will be collected.  <u>See</u> <u>Asemani v. U.S. Citizenship & Immigr. Servs.</u>, 797 F.3d 1069, 1078 (D.C. Cir. 2015).  It is

     **FURTHER ORDERED** that consideration of the remaining motions be deferred pending further order of the court.


<u>**Per Curiam**</u>


**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Daniel J. Reidy
     Deputy Clerk